UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

PHILLIP OLADIPUPO AYENI, *et al.*,

*Plaintiffs*,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

*Defendant*.

No. 5:23-cv-00933-SLP

Hon. Scott L. Palk

**JOINT MOTION TO STAY**

The Parties jointly move to stay this litigation pending further administrative review of Plaintiff Olubunmi Oluyemisi Ayeni's Form I-485, Application for Adjustment of Status. This request is made for good cause and not for the purpose of undue delay.

On November 22, 2021, Ms. Ayeni filed a Form I-485, Application for Adjustment of Status, with U.S. Citizenship and Immigration Services (USCIS). Am. Compl. ¶ 20 (ECF No. 4). USCIS determined Ms. Ayeni was inadmissible to the United States under 8 U.S.C. § 1182(a)(9)(C)(i)(II) and denied her petition on November 30, 2022. Ex. 5, Am. Comp. 1-2 (ECF No. 4-6). Plaintiffs filed this lawsuit on October 16, 2023, *see* Compl., ECF No. 1, asking the Court to declare USCIS's application of 8 U.S.C. § 1182(a)(9)(C)(i)(I) to Ms. Ayeni unconstitutional.

Am. Comp. 9. USCIS has since reopened Plaintiff's application and is conducting further administrative review.

To preserve judicial economy and the Parties' resources, the Parties request that the litigation be stayed pending further administrative review of Plaintiff's application. Because USCIS has reopened the November 30, 2022, denial, there is currently no live controversy or final agency action to litigate. After completing additional administrative review, USCIS may grant the petition, which would render any further judicial intervention unnecessary. But even if USCIS ultimately denies the petition, any further litigation would necessarily focus on the new denial, rendering continued litigation of the prior, November 30, 2022, denial superfluous.

For the foregoing reasons, the Parties move this Court to stay this litigation until USCIS completes further administrative review of Plaintiff's application. Defendant will provide status updates to the Court every 90 days from the date of the Court's order while the litigation is stayed and will promptly inform the Court when USCIS has rendered its decision. In the event of a denial, the Parties request that Plaintiffs be given thirty (30) days from the date of the denial to further amend their Complaint.

Dated:   December 11, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General, U.S. Dep't of Justice
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

LAUREN FASCETT
Senior Litigation Counsel

*s/ Kevin Hirst*
KEVIN HIRST
Trial Attorney
(MD Attorney # 1812110173)
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-8536
Fax: (202) 305-7000
E-mail: kevin.c.hirst@usdoj.gov

*Counsel for Defendant*

Dated:   December 11, 2023             Respectfully Submitted,

*s/Olusegun Asekun (with consent)*
Dr. Olusegun Asekun
New York Attorney No. 4262903
Texas Bar No. 24126273
The Law Office of Olu Asekun, P.C.
5020 Mansfield Rd.
Arlington, TX 76010
Telephone: (817) 274-1144
Fax: (817) 274-1101
Email: info@olufairdeal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023, I filed the foregoing motion electronically, via the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

*s/ Kevin Hirst*
KEVIN HIRST
