IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILLIP OLADIPUPO AYENI, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES CITIZENSHIP )<br>AND IMMIGRATION SERVICES, )<br>)<br>Defendant. ) | Case No. CIV-23-933-SLP |

**O R D E R**

Before the Court is the parties' Joint Motion to Stay [Doc. No. 11]. The parties have asked to stay this action pending further administrative review of Plaintiff's application for adjustment of status. The request is supported by good cause. In the interest of judicial economy, the action will be administratively closed pending resolution of the ongoing administrative review.

The Clerk of Court is directed to administratively close this matter for 120 days, without prejudice to the rights of the parties to reopen the case pending the conclusion of the administrative proceedings, or for any other purpose required to obtain a final determination of the litigation. If the parties do not move to reopen this case or extend the administrative closing deadline within 120 days, this action will be deemed dismissed without prejudice.

IT IS THEREFORE ORDERED that the Motion is GRANTED, as set forth herein.

IT IS SO ORDERED this 12th day of December, 2023.

                                                             SCOTT L. PALK
                                                           UNITED STATES DISTRICT JUDGE